# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FINK, ROBERT JAMES | § | Case No. 05-42371 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/18/2009 in Courtroom 4016,

United States Courthouse
505 N. County Farm Road
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/13/2009                By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
FINK, ROBERT JAMES                  §     Case No. 05-42371
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 90,823.54 |
| and approved disbursements of | $ | 32,799.20 |
| leaving a balance on hand of[1] | $ | 58,024.34 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee: DAVID R. BROWN | $ 7,791.18 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: ALAN D. LASKO & ASSOCIATES, P.C. | $ 2,525.20 | $ 24.55 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,948,483.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *1* | *US BANK* | $ 5,075.42 | $ 48.91 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | BACCALA REALTY, INC., C/O BRIAN CAS | $ 4,943,408.09 | $ 47,634.50 |
|  |  | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*DAVID R. BROWN*
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams            Page 1 of 1                  Date Rcvd: Nov 23, 2009
Case: 05-42371                Form ID: pdf006            Total Noticed: 14


The following entities were noticed by first class mail on Nov 25, 2009.
db          +Robert James Fink,    20W451 Army Trail Blvd,    Addison, IL 60101-1973
aty         +Kevin C. Driscoll,    Barnes & Thornburg,    1 North Wacker Drive,    Suite 4400,
              Chicago, IL 60606-2833
aty         +Paul H. Millewich,    Steven H. Mevorah & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
aty         +Richard F Doerr,    Steven H  Mevorah & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
tr          +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
9941967      BACCALA REALTY, INC., C/O BRIAN CASEY,    BARNES & THORNBURG, LLC.,    600 1ST SOURCE,
              100 N MICHIGAN ST,    SOUTH BEND, IN  46601-1630
9941965      FINK ROBERT JAMES,    20W451 Army Trail Blvd,    Addison, IL  60101-1973
9941966      Law Offices Of Steven H Mevorah,    & Associates,    134 N Bloomingdale Rd,
              Bloomingdale, IL  60108-1017
9941969      MIDWEST BANK - LOAN OPERATIONS DEPT.,    501 W NORTH AVE,    MELROSE PARK, IL  60160-1603
11011871    +Midwest Bank and Trust Company,    501 West North Avenue,    Melrose Park, Illinois 60160-1628
9941970      RICHARD ROTH,    2465 WILLIAM CT,    ATLANTA, GA  30360-1600
9941971      SBC,    PO BOX 769,    ARLINGTON, TX  76004-0769
10981069    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US BANK,     PO BOX 5229,     CINCINNATI, OHIO 45201)
9941968     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   ELAN FINANCIAL,     PO BOX 790084,     SAINT LOUIS, MO  63179-0084)

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Brian Casey
aty*        +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
                                                                                                TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2009**            **Signature:**  _Joseph Speetjens_